JS-6

FILED
CLERK, U.S. DISTRICT COURT
MAR 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GLENN L. HAPPE, | ) | CV06-05323-GAF(CTx) |
| | ) | |
| V. | ) | ORDER |
| | ) | |
| PHILLIP OLDRIDGE, et al | ) | |

TO COUNSEL OF RECORD:

This Court having stayed this action pending arbitration,

IT IS ORDERED that the matter is placed off the Court's active calendar and shall be returned upon written notification from plaintiff's counsel that the action may proceed. This Court retains full jurisdiction over this action and this Order shall not prejudice any party in the action.

DATED 3/27/08

GARY ALLEN FEESS